USCA1 Opinion

 

 September 20, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2134 UNITED STATES, Appellee, v. JOSE LUIS PEREZ LOPEZ, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ___________________ ____________________ Before Selya, Stahl and Lynch, Circuit Judges. ______________ ____________________ Ramon M. Gonzalez on brief for appellant. _________________ Guillermo Gil, United States Attorney, Jorge E. Vega Pacheco, ______________ ______________________ Assistant United States Attorney, Chief, Criminal Division, and Jose ____ F. Blanco, Assistant United States Attorney, on brief for appellee. _________ ____________________ ____________________ Per Curiam. Appellant pled guilty to a single __________ count indictment charging him with illegal reentry into the United States in violation of 8 U.S.C. 1326(b)(2). He was sentenced at the low end of the relevant guidelines range, to 46 months imprisonment. He challenges here only the trial court's refusal to grant a downward departure based on allegedly "extraordinary" family circumstances. The sentencing hearing transcript, however, clearly reflects that the trial judge's decision was taken in an exercise of discretion, and was not based on any misunderstanding as to the court's authority to consider a departure. Accordingly, the decision is not reviewable on appeal. See United States v. Morrison, 46 F.3d 127, 130 (1st ___ _____________ ________ Cir. 1995); United States v. Romero, 32 F.3d 641, 653-54 (1st _____________ ______ Cir. 1994).  Appeal dismissed. See Loc. R. 27.1. _________ ___ -2-